Waivlnd.wpf (EDNY 2/99)

# United States District Court

FILED
DISTRICT COURT OF GUAM

MAY 26 2005

MARY L.M. MORAN
CLERK OF COURT

FOR THE      **DISTRICT OF**      GUAM

**UNITED STATES OF AMERICA**

v.

MARVA J. GUERRERO,

Defendant(s).

**WAIVER OF INDICTMENT**

**Case Number:** 05-00041

I, _____ MARVA J. GUERRERO _____ the above-named defendant, who is accused of

Causing the Failure to File a Currency Transaction Report, in violation of Title 18, United States Code, Section 2; Title 31, United States Code, Sections 5324(a)(2), 5324(d); and, 31 C.F.R. Sections 103.11 & 10.22

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____ 5/26/05 _____ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_____
MARVA J. GUERRERO
*Defendant*

_____
JOHN T. GORMAN
*Counsel for Defendant*

Before: _____
*Judicial Officer*

Electronically produced by Glenda Abelman, USAO, EDNY