LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

MAY 26 2005

MARY L.M. MORAN
CLERK OF COURT



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVA J. GUERRERO,<br><br>Defendant. | CRIMINAL CASE NO. **05-00041**<br><br>**INFORMATION**<br><br>**CAUSING THE FILING OF A FALSE CURRENCY TRANSACTION REPORT**<br>[18 U.S.C. § 2; 31 U.S.C. §§ 5324(a)(2), 5324(d), & 31; C.F.R. §§ 103.11 & 10.22] |

THE UNITED STATES ATTORNEY CHARGES:

On or about May 27, 2004, the District of Guam, the defendant herein, MARVA J. GUERRERO, did knowingly involve a domestic financial institution in a transaction for the transfer of United States currency for which a report was required pursuant to Title 31, United States Code, § 5313(a), and the regulations promulgated thereunder, and did knowingly and willfully cause said domestic financial institution to file a report which contained a material omission and material misstatement of fact, said defendant having caused this report to be filed for the purpose of evading the reporting requirements of Title 31, United States Code, § 5313(a) and regulations promulgated thereunder, to-wit: defendant deposited $69,260 cash into an account at First Hawaiian Bank and executed a Currency Transaction Report wherein she

certified that she was conducting the transaction on her own behalf, thereby deliberately failing to indicate on the Report that in fact she was conducting this transaction for the benefit of another,

ALL IN VIOLATION OF Title 18, United States Code, Section 2, and Title 31, United States Code, Sections 5324(a)(2) & 5324(d), and 31 C.F.R. §§ 103.11 & 10.22.

Dated this 25th day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney