IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

DISTRICT COURT OF GUAM
MAY 26 2005
MARY L.M. MORA
CLERK OF COURT

CASE NO. CR-05-00041　　　DATE: 05/26/2005　　　TIME: 
Related Case: CR-05-00013

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge　　　Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles　　　Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 3:27:00 - 3:52:58　　　CSO: D. Quinata / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: MARVA J. GUERRERO**　　　**ATTY: JOHN GORMAN**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.　　　( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON　　　AGENT: JOHN DUENAS, IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: JOHN SAN NICOLAS　　　U.S. MARSHAL: F. TAITAGUE / R. LUMAGUI

**PROCEEDINGS: WAIVER OF INDICTMENT / FILING OF INFORMATION / PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __34__　　HIGH SCHOOL COMPLETED: __12th Grade__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE　　( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: INFORMATION CHARGING - CAUSING THE FILING OF A FALSE CURRENCY TRANSACTION REPORT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __MAY 26, 2005__ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: __AUGUST 29, 2005__ at __10:00 A.M.__ ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __JULY 25, 2005__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT (CRIMINAL CASE NO. 05-00013)

**NOTES:**

The Court appointed the Federal Public Defender to represent the Defendant. Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. Defendant waived Indictment. The Court and parties amended the plea agreement: Page 1, line 22 and Page 3, line 5 replace "10.22" to read "103.22". The Court executed the Report and Recommendation Concerning Defendant's Plea of Guilty.