FILED
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARVA GUERRERO,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00041<br><br>**ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Information charging her with Causing the Filing of a False Cash Transaction Report, in violation of 18 U.S.C. § 2, 31 U.S.C. §§ 5324(a)(2) and 5324(d), and 31 C.F.R. §§ 103.11 and 103.22, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 15 day of June 2005.

RICARDO S. MARTINEZ[1]
District Judge

---

[1] The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, sitting by designation.