marvaguerrero5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 2 4 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARVA V. GUERRERO, ) <br> ) <br> Defendant. ) <br>_____) | CRIMINAL CASE NO. 05-00041 <br><br> **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE** |

The United States hereby moves this Honorable Court for a departure from the Guidelines total offense level, as provided by USSG Section 5K1.1 on the basis that defendant has rendered substantial assistance.

Defendant's total offense level is 10. The government is moving for a two-level departure, so that her total offense level would be eight, which brings 0-6 months incarceration. The government will be recommending no incarceration.

//
//
//
//
//

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation.

RESPECTFULLY SUBMITTED this __23rd__ day of August , 2005.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and the CNMI

By: _____
    KARON V. JOHNSON
    Assistant U.S. Attorney