PROB 12B
(7/93)



*United States District Court*

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Marva J. Guerrero**  Case Number: **CR 05-00041-001**

Name of Sentencing Judicial Officer:  Designated Judge S. James Otero

Date of Original Sentence:  August 29, 2005

Original Offense:  Causing the Filing of a False Currency Transaction Report, in violation of 18 U.S.C. §2, 31 U.S.C. §§5324(a)(2), 5324(d), and 31; and C.F.R. §§103.11 & 10.22

Original Sentence:  One year term of probation with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and to submit to one drug test within 15 days of placement of probation and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; comply with the standard conditions of probation; perform 100 hours of community service; and pay a $100 special assessment fee.

Type of Supervision:  Probation  Date Supervision:  August 29, 2005

### PETITIONING THE COURT

[ ] To extend the term of supervision          years, for a total term          years.

[X] To modify the conditions of supervision as follows:

1. That the defendant shall participate in a mental health program approved by the U.S. Probation Office and shall also make co-payments for the program at a rate to be determined by the U.S. Probation Office.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

## CAUSE

On February 3, 2006, during an office visit with this Officer, Ms. Guerrero expressed frustration and difficulties of having to meet family and court obligations. She related that she feels overwhelmed by having to "help everyone before herself." She stated that her family obligations make it difficult for her to complete her court-ordered conditions. In addition, upon review of Ms. Guerrero's presentence report, information revealed that she has many unresolved issues and indicate that she may benefit from some mental health services.

Based on the information above, this Officer respectfully requests that the Court modify Ms. Guerrero's special conditions, pursuant to 18 U.S.C. § 3563(c), include that she participate in a mental health program approved by the U.S. Probation Office and shall also make co-payments for the program at a rate to be determined by the U.S. Probation Officer. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Ms. Guerrero's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 2/14/06

Respectfully submitted,

by: Judy Anne L. Ocampo
JUDY ANNE L. OCAMPO
U.S. Probation Officer
Date: 2/13/06

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

LARRY ALLAN BURNS, Designated Judge
2/15/06
Date

RECEIVED
FEB 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall participate in a mental health program approved by the U.S. Probation Office and shall also make co-payment for the program at a rate to be determined by the U.S. Probation Office;

Witness: _Judy Anne L. Ocampo_
U.S. Probation Officer

Signed: _Marva J. Guerrero_
Probationer or Supervised Releasee

02/03/06
Date